UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00152-KDB
(5:15-cr-00073-KDB-DCK-3)

| | |
|---|---|
| CARLOS ANTONIO FLORES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Motion for Extension of Time [Doc. 6], in which Petitioner seeks an additional 120 days to reply to the Government's Response to his Motion to Vacate.

**UPON MOTION** of the Petitioner [Doc. 6] for an enlargement of time within which he must file his reply to the Government's response under 28 U.S.C. § 2255, and for good cause shown,

**IT IS HEREBY ORDERED** that the Petitioner's Motion [Doc. 6] is **GRANTED IN PART** and the Petitioner shall have until March 29, 2021 to file his reply.

Signed: February 2, 2021

Kenneth D. Bell
United States District Judge