# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

**CARLOS ANTONIO FLORES**

v.　　　　　　　　　　　　　　　　　CASE NUMBER:　5:20-CV-00152

**USA**　　　　　　　　　　　　　　　　　　　　　　　　　5:15-CR-00073-3

THIS MATTER is before the Court sua sponte:

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Petitioner, Carlos Antonio Flores (USM# 30505-058), for an evidentiary hearing before the Honorable Kenneth D. Bell, in the Western District of North Carolina, Charlotte on or before April 13, 2022 for a hearing on April 14, 2022 at 1:30PM, and upon completion of the hearing, Petitioner is to be returned to the custody of the Bureau of Prisons. The Court directs the Federal Defender's Office to designate counsel promptly to represent Petitioner on the limited issue identified for this evidentiary hearing.

The Clerk is directed to certify copies of this Order to the United States Attorney, the Federal Public Defender, and the United States Marshal Service.

IT IS SO ORDERED.

Signed: February 25, 2022

_____
Kenneth D. Bell
United States District Judge