# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:20-cv-00152-KDB
# (5:15-cr-00073-KDB-DCK-3)

| | |
|---|---|
| CARLOS ANTONIO FLORES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Petitioner's Unopposed Motion to Continue Evidentiary Hearing and Request for Inquiry as to Status of Counsel. [Doc. 23].

Petitioner Carlos Antonio Flores ("Petitioner") moves to continue the evidentiary hearing in this matter set for July 13, 2022. [Doc. 23]. As grounds, counsel for Petitioner states that Petitioner advised him on July 12, 2022 that Petitioner wanted to hire private counsel to represent him at the hearing. Petitioner advised counsel that he no longer wanted counsel to represent him. The Government does not object because a witness material to both Petitioner and the Government will be unavailable for the hearing as scheduled. Petitioner's counsel also requests an inquiry on status of counsel. [Id.].

The Court will grant Petitioner's motion to continue for a period of 60 days. The Court will also order that Petitioner's retained counsel must file a notice of appearance within 30 days of this Order. If no notice of appearance is timely filed, Petitioner's appointed counsel will continue to represent him and appear at the rescheduled hearing. The Court will deny Petitioner's request for inquiry on status of counsel as moot in accordance with the terms of this Order.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Continue [Doc. 23] is **GRANTED** for a period of 60 days. The hearing shall be **RESET** for a time thereafter.

**IT IS FURTHER ORDERED** that Petitioner's retained counsel shall **FILE** a Notice of Appearance in this matter within 30 days of this Order. If no such Notice of Appearance is timely filed, Petitioner's appointed counsel will continue to represent Petitioner and appear at the rescheduled evidentiary hearing in this matter.

**IT IS FURTHER ORDERED** that Petitioner's request for inquiry on status of counsel [Doc. 23] is **DENIED** as moot in accordance with the terms of this Order.

The Clerk is directed to certify copies of this Order to the United States Attorney, Federal Public Defender, and the United States Marshal Service.

Signed: July 13, 2022

*[Signature]*

Kenneth D. Bell
United States District Judge